UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**CLARENCE ROSS,**

      **Plaintiff,**

      v.

**AKAL SECURITY, INC.,**

      **Defendant.**

Case No. 1:19-CV-03132-EGS

## DEFENDANT'S RULE 26.1 DISCLOSURE STATEMENT

Under Rule 26.1 of the Federal Rules of Civil Procedure and Local Rule 26.1, Defendant Akal Security, Inc., by and through the undersigned counsel of record, states the following

1. Defendant's parent corporation is KIIT Company, a Nevada Corporation, which owns one-hundred percent (100%) of Akal Security, Inc., a New Mexico corporation.

2. Coastal International Security, Inc., a South Carolina corporation, is an affiliated company of KIIT Company.

3. Defendant states that no publicly held corporations own 10% or more of its stock.

These representations are made in order that judges of this Court may determine the need for recusal.

Dated:  November 18, 2019

      */s/ S. Libby Henninger*
      S. Libby Henninger (Bar No. 976352)
      LITTLER MENDELSON, P.C.
      815 Connecticut Avenue, NW
      Suite 400
      Washington, DC  20006-4046

T: 202.842.3400
F: 202.842.0011
lhenninger@littler.com

Counsel for Defendant Akal Security, Inc.

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of November, 2019, the foregoing document was filed electronically through the Court's ECF system, is available for viewing and downloading from the ECF system, and will be sent electronically to the registered participants identified on the Notice of Electronic Filings as follows:

> David Cashdan
> dcashdan@cashdankane.com
>
> Katherine L. Butler
> kathy@butlerharris.com
>
> John Griffin, Jr.
> jwg@lawmgk.com

                                         */s/ S. Libby Henninger*
                                         S. Libby Henninger

4816-1406-7117.1 051010.1316