UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **CLARENCE ROSS,** | ) | Civil Action No.  1:19-cv-3132 EGS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| **AKAL SECURITY, INC.** | ) | |
| | ) | |
| Defendant. | ) | **A JURY IS DEMANDED** |

**Agreed Motion for Entry of Protective Order**

The plaintiff, Clarence Ross, and the defendant, Akal Security, Inc., jointly ask this Court to enter the attached protective order regarding medical records sought from the plaintiff.

/s/ Katherine L. Butler
**Butler & Harris**
1007 Heights Boulevard
Houston, Texas  77008
(713) 526-5677
(888) 370-5038 Fax

Counsel for the plaintiff

/s/ Kurt Peterson
**LITTLER MENDELSON, P.C.**
3424 Peachtree Road, N.E. Suite 1200
Atlanta, GA 30326
Tel: (404) 760-3910
Fax: (404) 233-2361

Counsel for the defendant

**Certificate of Service**

    I certify that a true and correct copy of this document has been served upon the defendant's counsel through the Court's ECF system on January 30, 2020.

                                              /s/ Katherine L. Butler