UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CLARENCE ROSS,<br><br>        Plaintiff,<br><br>v.<br><br>AKAL SECURITY, INC.,<br><br>        Defendant. | Case No. 1:19-CV-03132-EGS |

# **STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Clarence Ross stipulates and agrees to the dismissal of this case against Defendant Akal Security, Inc. ("Akal"), *with prejudice*, with Plaintiff and Akal bearing their own attorneys' fees and costs.

SO STIPULATED this 27th day of April, 2020.

*/s/ John Griffin, Jr.*
Katherin L. Butler
BUTLER & HARRIS
1007 Heights Blvd.
Houston, TX 77008
T: 713.526.5677
F: 888.370.5038

John Griffin, Jr.
MAREK GRIFFIN & KNAUPP
203 North Liberty St.
Victoria, TX 77901
T: 361.573.5500
F: 361.573.5040

David Cashdan (Bar No. 051342)
CASHDAN & KANE, PLLC
1150 Connecticut Ave., NW, Suite 900
Washington, DC 20036-4129

*/s/ Kurt Peterson*
S. Libby Henninger (Bar No. 976352)
LITTLER MENDELSON, P.C.
815 Connecticut Avenue, NW, Suite 400
Washington, DC 20006-4046
T: 202.842.3400
F: 202.842.0011
lhenninger@littler.com

Kurt Peterson (*pro hac vice*)
LITTLER MENDELSON, P.C.
3424 Peachtree Road, N.E., Suite 1200
Atlanta, GA 30326
T: 404.233.0330
F: 404.233.2361
kpeterson@littler.com

Counsel for Defendant Akal Security, Inc.

T: 202.862.4330
F: 202.862.4331

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of April, 2020, the foregoing document was filed electronically through the Court's ECF system, is available for viewing and downloading from the ECF system, and will be sent electronically to the registered participants identified on the Notice of Electronic Filings as follows:

    David Cashdan
    dcashdan@cashdankane.com

    Katherine L. Butler
    kathy@butlerharris.com

    John Griffin, Jr.
    jwg@lawmgk.com

    */s/ Kurt Peterson*
    Kurt Peterson